UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MICHAEL LAZAREV

Plaintiff,

vs.

HOLLIE KENNIFF                                    Case No. 2:25-cv-00430-SDN.

Defendant

### DEFENDANT HOLLIE KENNIFF'S *UNOPPOSED* MOTION TO SEAL DISMISSED PLEADINGS

NOW COMES Defendant, Hollie Kenniff, by and through undersigned counsel, and with Plaintiff's consent, respectfully moves this Court for an Order sealing the pleadings and all associated documents and exhibits filed in this action, including the instant motion. This Motion is made pursuant to the Court's inherent authority to seal judicial records, Fed. R. Civ. P. 26(c), and the common-law balancing test governing public access to court records. In support thereof, Defendant states as follows:

### I.      BACKGROUND

1. Plaintiff Michael Lazarev currently resides in the United Kingdom. Defendant Hollie Kenniff resides in Yarmouth, Maine.

2. Plaintiff and Defendant are both professional musicians and composers, including within the ambient music genre and related fields.

3. The parties met in or about 2007 and, over the years, developed a professional relationship and personal friendship.

4. In or about March 2022, Plaintiff and Defendant collaborated on a music project.

5. During and following that collaboration, the parties' relationship deteriorated, ultimately precipitating the filing of a lawsuit.

6. Plaintiff filed a Complaint in this Court, Case No. 2:25-cv-00430-SDN.

7. The Complaint sought to recover damages based on claims of defamation and intentional infliction of emotional distress.

8. The Complaint includes more than one hundred (100) pages of exhibits, consisting largely of private communications authored by Defendant and exchanged with Plaintiff and third parties, which convey personal and private information that Defendant never anticipated would be made available for public consumption.

9. This action was voluntarily dismissed at an early stage due to questionable subject matter jurisdiction and was never litigated on the merits in this Court.

10. The same Complaint and exhibits were subsequently filed in a parallel state court action that remains pending. By agreement of the parties, the state court granted a motion to seal those pleadings based on the same privacy concerns at issue here.

11. Given the absence of substantive federal litigation, the sensitive nature of the materials at issue, and the fact that the dispute is actively proceeding in state court under seal, sealing the pleadings in this matter appropriately balances the parties' privacy interests against any public right of access.

## II.    ARGUMENT

This Court has the authority to seal judicial records where the interests favoring confidentiality outweigh the public's presumptive right of access. *See Nixon v. Warner Communications, Inc.,* 435 U.S. 589 (1978); *FTC v. Standard Financial Management Corp.,* 830 F.2d 404 (1st Cir. 1987). That presumption is significantly weaker where, as here, the documents were filed in an action dismissed at the outset and were never relied upon in adjudicating the merits. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

Good cause exists to seal the Complaint and its exhibits because they contain extensive personal communications and sensitive private material. Public access to these materials would serve little to no public value while creating a substantial risk of unnecessary invasion of privacy

and further dissemination of private information. The requested relief is narrowly tailored, and redaction would be impracticable and insufficient because the sensitive material is pervasive throughout the filings.

Undersigned counsel represents that he has consulted with Plaintiff's counsel of record in this case, Sara Murphy, Esq. (who is also counsel of record for Plaintiff in the case now pending in State Superior Court) and that Plaintiff does not object to the relief requested herein.

### III.    CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court enter an Order sealing the Complaint and all associated pleadings, documents, exhibits and related docket entries filed in this action, including the instant motion.

Attorney for Defendant
MONAGHAN LEAHY, LLP
2 Monument Square, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
mlibby@monaghanleahy.com

Dated: March 24, 2026              By:    */s/ Matthew K. Libby*
                                   Matthew K. Libby, Bar No. 5050

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2026, I electronically filed **Defendant's Motion to Seal Dismissed Pleadings** using the CM/ECF system, which will provide notice to all counsel of record. Further, a copy of this motion has been emailed to counsel of record Sara Murphy, Esq. at smurphy@PierceAtwood.com

Attorney for Defendant
MONAGHAN LEAHY, LLP
2 Monument Square, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
mlibby@monaghanleahy.com

By:    */s/ Matthew K. Libby*
Matthew K. Libby, Bar No. 5050